IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00397-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. KATHERINE POWELL,

    Defendant.

---

### MINUTE ORDER[1]

---

On September 15, 2010, the court conducted a telephonic setting conference to set the change of plea hearing in this matter. After conferring with counsel and with their consent

**IT IS ORDERED** as follows:

1. That on **November 12, 2010**, commencing 8:00 a.m., the court shall conduct a change of plea hearing in this matter; and

2. That counsel and defendant shall appear without further notice or order of court.

Dated: September 15, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.